UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| In re | ) | |
| Lawrence W. Conroy, Jr. | ) | Case No. 13-30678 HCD |
|              Debtor | ) | Chapter 7 |
| _____ | ) | |
| Lawrence W. Conroy, Jr. | ) | |
|              Plaintiff | ) | |
| v. | ) | |
| | ) | Adv. Proceeding No. _____ |
| WebBank, Bluestem Sales dba | ) | |
| Fingerhut | ) | |
| | ) | |
|              Defendant. | ) | |

**Complaint for Damages and Finding of Contempt of Discharge Injunction**

Lawrence Conroy, Debtor herein, by his counsel, hereby files his complaint seeking to enforce the Discharge Injunction of Section 524 of the Bankruptcy Code, for actual damages, punitive damages and attorney's fees, and in support thereof state as follows.

### JURISDICTION

1.    This is a core proceeding pursuant to 28 U.S.C. §157(o).

2.    This Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. §§ 157 and 1334.

3.    Venue is proper in this District under 28 U.S.C. §1409(a).

4.    Pursuant to Local Rule 200.1 of the United States District Court for the Northern District of Indiana, all bankruptcy cases and all proceedings that arise under title 11 have been referred to the Bankruptcy Judges for the Southern District of Indiana.

**PARTIES**

5.    Plaintiff Lawrence Conroy is an individual who was a debtor in the instant chapter 7 bankruptcy case ("Bankruptcy Case").

6.    MetaBank, ("Bank") is a federally chartered savings bank with its headquarters in Storm Lake, Iowa.

7.    MetaBank was a bank through which Fingerhut issued credit accounts. On information and belief, MetaBank ceased servicing Fingerhut accounts and these accounts are now being serviced by WebBank.

8.    Defendant WebBank is an FDIC insured, state-chartered industrial bank headquartered in Salt Lake City, Utah.  Kelly Barnett is its president.  Its principal place of business is 215 S. State Street, Suite 800, Salt Lake City, Utah.

9.    Fingerhut is an assumed name for Bluestem Brands, Inc.  It is a direct marketing company which sells a wide variety of products through catalogs, telemarketing and the internet.  It is one of the leading catalog merchants in the United States.  Its principal place of business is 6509 Flying Cloud Drive, Eden Prairie MN 55344.  It is a Delaware corporation.  Its registered agent is CT Corporation System and its Registered Office Address is 100 S. 5th Street, #1075, Minneapolis, MN 55402.

**FACTS COMMON TO ALL COUNTS**

10.    Plaintiff Lawrence Conroy ("Lawrence") filed the Bankruptcy Case on March 26, 2013.  He received his discharge on June 27, 2013.

11.    Lawrence scheduled Metabnk/fhut (Metabank Fingerhut) as a creditor for Plaintiff's bankruptcy petition on Schedule F for a $1,457 debt which it had either been

charged off or transferred to another creditor.  It appears that Fingerhut utilized the services of numerous banks to service its charge accounts, including MetaBank and WebBank.

12. Lawrence received a bankruptcy discharge on June 24, 2013 ("Discharge").

13. By reason of notice of this bankruptcy case mailed to Fingerhut, MetaBank at 6250 Ridgewood Road, St. Cloud, MN, which had been servicing Debtor's charge account with Fingerhut and MetaBank had actual notice of his bankruptcy petition.  On information and belief, by reason of having succeeded MetaBank to servicing of Fingerhut accounts, WebBank also had actual notice of the bankruptcy petition and the discharge.

14. On December 6, 2013, in an effort to begin to re-establish credit after the Bankruptcy Case, Lawrence received a credit reports from TransUnion a major national credit reporting agency.

15 Notwithstanding the Discharge, WebBank/Fingerhut, located at 6250 Ridgewood Road, Saint Cloud, MN 56303, reported Lawrence's debt to have been "Charged off" with TransUnion.  This adverse report will remain of record until July, 2019.

16. As a result, Lawrence has had to employ counsel to redress his rights.  In so doing, he incurs and continues to incur attorneys' fees.

17 Lawrence continues to suffer aggravation, embarrassment and stress which should have been alleviated by reason of receiving the Discharge.

18. Lawrence has been frustrated by each of the Defendants' actions in his efforts to reestablish credit after his Bankruptcy Case.

19. Each defendant's improper credit report is an effort to collect a debt and is in violation of the Discharge Injunction.

20. Neither Fingerhut nor WebBank have instituted sufficient systems and procedures as to be able to effectively abide by the Discharge Injunction.

21. The Discharge Injunction was a valid order of the Bankruptcy Court.

22. The Bank knew of the existence of the Discharge Order.

23. Fingerhut's and the Bank's improper reports to TransUnion were violations of the Discharge Order and Discharge Injunction.

24. Lawrence has and will continue to suffer damages including attorneys' fees, damages to his reputation, annoyance, harassment, embarrassment and inconvenience, and interference with his efforts to reestablish credit because of WebBank's willful violation of the Discharge Injunction.

25. By reason of WebBank's pattern and practice of refusing to institute systems to insure proper credit reporting, it would be appropriate for the Court to enter punitive damages against WebBank.

26. Bluestem Sales, Inc. is equally responsible with WebBank for the improper and erroneous credit reporting as well as violation of the Discharge Injunction.

Wherefore, Plaintiff Lawrence Conroy requests that this Court enter an order enforcing the Discharge Injunction, pursuant to its inherent powers under 11 U.S.C. §105(a), compelling WebBank and Bluestem Sales, Inc. and each of them, to pay

damages, attorney's fees and punitive damages in an amount as this Court may deem fit to remedy WebBank's and Bluestem Sales, Inc.'s willful violation of the Discharge Injunction.

                                                     Lawrence Conroy

                                                   By /s/ Brenda Ann Likavec
                                                   Brenda Ann Likavec
                                                   One of his attorneys

Brenda Ann Likavec
Indiana Attorney Number 27224-64
Law Solutions/Jason Allen Law PLLC
77 W. Washington Street
Chicago, IL 60602
312-546-4264
brenda@lawsolutionsbk.com

David P. Leibowitz
Illinois Attorney 1612271
Of counsel
Lakelaw
420 W. Clayton Street
Waukegan, IL 60085
847 249 9100
dleibowitz@lakelaw.com